FILED
December 03, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CHRISTOPHER P. O. BANDA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | CIVIL NO. SA-23-CV-00946-OLG-RBF |
| **ELLIOT S. CAPPUCCIO, RYAN** § | |
| **QUIROZ, and PULMAN,** § | |
| **CAPPUCCIO, & PULLEN, LLP,** § | |
| § | |
| **Defendants.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed October 31, 2024, concerning Defendant Ryan Quiroz's Motion for Summary Judgment. (*See* R&R, Dkt. No. 42.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties, through counsel, were electronically served with a copy of the R&R on November 1, 2024, and the time to object has passed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") Upon review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

2

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, and, for the reasons set forth therein, Defendant Quiroz's Motion for Summary Judgment (Dkt. No. 20) is **GRANTED**, and all claims against him are **DISMISSED**.

It is so **ORDERED**.

**SIGNED** this ___3___ day of December, 2024.

ORLANDO L. GARCIA
United States District Judge