**FILED**

March 17, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
NM
DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER P. O. BANDA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **NO. SA-23-CV-00946-OLG-RBF** |
| **ELLIOT S. CAPPUCCIO, RYAN** | § | |
| **QUIROZ, and PULMAN,** | § | |
| **CAPPUCCIO, & PULLEN, LLP,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed February 26, 2025, concerning the parties' cross-motions for summary judgment (Dkt. Nos. 18 & 21). (*See* R&R, Dkt. No. 47.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The parties, through counsel, were electronically served with a copy of the R&R on February 27, 2025, and the time to object has passed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") Upon review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, and, for the reasons set forth therein, Defendants' Motion for Summary Judgment (Dkt. No. 18) and the Motion for Summary Judgment filed by Plaintiff (Dkt. No. 21) are **DENIED**.

It is so **ORDERED**.

**SIGNED** this ___17th___ day of March, 2025.

_____

ORLANDO L. GARCIA
United States District Judge

2